[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11033

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 27, 2007
THOMAS K. KAHN
CLERK

D. C. Docket Nos.
03-01443 CV-T-23TBM
97-00273-CR-T-2

JAMES MICHAEL TERRY,

                                        Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                                        Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 27, 2007)**

Before DUBINA and COX, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

_____
        *Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

After reviewing the record and reading the parties' briefs, we affirm the district court's order denying Terry's second 28 U.S.C. § 2255 motion. Under § 2244(b)(4), a district court shall dismiss any claim presented in a second or successive application that does not meet the requirements set forth in § 2244(b)(2). *See, e.g., In re Morris*, 328 F.3d 739, 740-41 (5th Cir. 2003) (granting petitioner's application for leave to file a successive motion, but noting that the district court would dismiss petitioner's motion without reaching the merits if it determined that the petitioner did not satisfy the requirements in § 2244(b)(2)). The district court properly concluded that none of Terry's claims satisfied these requirements. Accordingly, we affirm the district court's order.

AFFIRMED.